**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARLENE CAMPBELL,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CENTERSTONE PROPERTY AND MANAGEMENT,** *et al.***,**<br><br>**Defendants.** | Case No.: 13-CV-4110 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING COMPLAINT** |

The Court has reviewed Magistrate Judge Cousin's Referral for Reassignment with Recommendation to Dismiss Complaint. (Dkt. No. 6, "Recommendation.")  Plaintiff filed a document on January 29, 2014, indicating that she had been sick and in the hospital for a couple of days.  (Dkt. No. 8.)  Plaintiff has not responded substantively to the recommendation that her complaint be dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

(1) Plaintiff's request for permission to proceed in forma pauperis under 28 U.S.C. § 1915 (Dkt. No. 2) is **GRANTED**;

(2) the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.  Moreover, the Court finds that the complaint here is frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B) and the

deficiencies therein could not be corrected by amendment. Thus, dismissal is without leave to amend.

The Court further **ORDERS** that the Clerk **SEAL** the documents attached as exhibits to Plaintiff's January 29, 2014 response for good cause, as they are medical records containing confidential information.

This Order terminates Case Number 13-cv-4110.

**IT IS SO ORDERED.**

Date: February 12, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**